1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROBERT BLAIR,                                   No.  2:15-cv-1117 AC P

12                    Petitioner,

13         v.                                         ORDER AND FINDINGS &
                                                      RECOMMENDATIONS
14    U.S. PAROLE COMMISSION,

15                    Respondents.

16

17         By order filed January 11, 2016, petitioner was ordered to show cause, within thirty days,

18    why this action should not be dismissed for failure to exhaust his administrative remedies.  ECF

19    No. 5.  Petitioner was advised that failure to respond to the order would result in a

20    recommendation to dismiss the petition.  Id.  The thirty day period has now expired, and

21    petitioner, who is represented by counsel, has not shown cause or otherwise responded to the

22    court's order.

23         Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court randomly assign a

24    United States District Judge to this action.

25         IT IS FURTHER RECOMMENDED that this action be dismissed for failure to exhaust

26    administrative remedies.

27         These findings and recommendations are submitted to the United States District Judge

28    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

                                                     1

1   after being served with these findings and recommendations, any party may file written

2   objections with the court and serve a copy on all parties.  Such a document should be captioned

3   "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

4   objections shall be filed and served within fourteen days after service of the objections.  The

5   parties are advised that failure to file objections within the specified time may waive the right to

6   appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

7   DATED: February 24, 2016

8                                               ALLISON CLAIRE
9                                               UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2